UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BARBARA EDWARDS** | * | CIVIL ACTION NO.: 6:22-cv-01335 |
| | * | |
| | * | JUDGE: ROBERT R. SUMMERHAYS |
| **VERSUS** | * | |
| | * | MAG. JUDGE: CAROL B. WHITEHURST |
| **LOWE'S HOME CENTERS, L.L.C.** | * | |
| **And LOWE'S HOME CENTERS, INC.** | * | JURY TRIAL |

### NOTICE OF COMPLIANCE WITH REMOVAL PROCEDURE
### UNDER 28 U.S.C. § 1447(B)

NOW INTO COURT, through undersigned counsel, comes **Lowe's Home Centers, L.L.C. ("Lowe's")**, who files this Notice of Compliance with Removal Procedure under 28 U.S.C. § 1447(b):

 A. A list of all parties remaining in the action:

  1. Robert K. Doggett
   GALLOWAY JEFCOAT, LLP
   P.O. BOX 61550
   Lafayette, Louisiana 70596-1550
   T: 337-984-8020
   F: 337-984-7011
   *Counsel for Plaintiff, Barbara Edwards*

  2. Paul J. Politz
   Travis B. Wilkinson
   TAYLOR, WELLONS, POLITZ & DUHE, LLC
   1555 Poydras Street, Suite 2000
   New Orleans, LA 70112
   Telephone:  (504) 525-9888
   Facsimile: (504) 525-9899
   *Counsel for Defendant, Lowe's Home Centers, LLC*

  3. Lowe's Home Centers, Inc.

B.  Attached as Exhibit 1 is a certified copy of the 15th JDC, Vermillion Parish Court Suit Record dated June 13, 2022;

C.  Attached as Exhibit 2, is an Index of Documents being filed, including a list of all pleadings filed in the State Court record, by filing date; and

D.  Attached as Exhibit 3 is a Certificate of Counsel.

Respectfully Submitted by:

BY: *s/ Travis B. Wilkinson*
Paul J. Politz, La. Bar No. 19741
Travis B. Wilkinson, La. Bar No. 28806
TAYLOR, WELLONS, POLITZ & DUHE, LLC
1555 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899
Email: ppolitz@twpdlaw.com
twilkinson@twpdlaw.com

*Counsel for Lowe's Home Centers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Compliance with Removal Procedure has been electronically filed with the Clerk of Court of the United States District Court for the Western District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record in this matter via the electronic filing system. I further certify that I mailed the forgoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system on this 20th day of June, 2022.

                                            *s/ Travis B. Wilkinson*
                                        **TAYLOR, WELLONS, POLITZ & DUHE, LLC**